Eastern District of Kentucky
**FILED**

JUN 27 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**UNITED STATES OF AMERICA**

**V.**                                    **INDICTMENT NO.** 6:24cr-039 CHB

**BYRON KEMP HOWARD**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 1114

On or about May 20, 2024, in Laurel County, in the Eastern District of Kentucky,

### BYRON KEMP HOWARD

did willfully, deliberately, maliciously, and with premeditation and malice aforethought,

unlawfully attempt to kill Deputy United States Marshal Collier Phillips, while that

deputy was engaged in and on account of the performance of his official duties, all in

violation of 18 U.S.C. §1114.

### COUNT 2
### 18 U.S.C. § 1114

On or about May 20, 2024, in Laurel County, in the Eastern District of Kentucky,

### BYRON KEMP HOWARD

did willfully, deliberately, maliciously, and with premeditation and malice aforethought,

unlawfully attempt to kill United States Marshal Service Task Force Officer Jason

Hardwick, while that officer was engaged in and on account of the performance of his official duties, all in violation of 18 U.S.C. §1114.

## COUNT 3
### 18 U.S.C. § 922(g)(1)

On or about May 20, 2024, in Laurel County, in the Eastern District of Kentucky,

### BYRON KEMP HOWARD,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus, Model 856, .38 special caliber revolver with serial number ACL525916, which had been shipped or transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1.    By virtue of the commission of the felony offense charged in this Indictment, **BYRON KEMP HOWARD** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. § 922. Any and all interest that **BYRON KEMP HOWARD** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2.    The property to be forfeited includes, but is not limited to, the following items seized from **BYRON KEMP HOWARD** on or about May 20, 2024.

### FIREARMS AND AMMUNITION:

a.  Taurus, model 856, .38 special caliber revolver, SN: ACL525916; and
b.  All associated ammunition and accessories.

**A TRUE BILL**

**FOREPERSON**

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNTS 1&2:** Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNT 3**: Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Restitution, if applicable.